Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
Geoffrey A. Munroe (State Bar No. 228590)
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Melissa M. Harnett (State Bar No. 164309)
mharnett@wcclaw.com
Gregory B. Scarlett (State Bar No. 131486)
**WASSERMAN, COMDEN & CASSELMAN, L.L.P.**
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800
Facsimile: (818) 345-0162

Attorneys for Individual and Representative
Plaintiff Carlos Collado

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS COLLADO, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California corporation,<br><br>                    Defendant. | Case No. 2:09-cv-03087-R-RC<br><br>**CLASS ACTION**<br><br>**STIPULATION TO EXTENSION OF TIME TO FILE MOTION FOR CLASS CERTIFICATION** |

1  Plaintiff Carlos Collado and Defendant Toyota Motor Sales, U.S.A., Inc.
2  ("Toyota"), hereby stipulate as follows:
3  **WHEREAS**, under Local Rule 23-3, Plaintiffs' motion for class certification is
4  due to be filed by July 30, 2009;
5  **WHEREAS,** the parties agree that the briefing on class certification will benefit
6  from the resolution of Toyota's motion to dismiss, scheduled to be heard on July 27,
7  2009, and from discovery proceedings;
8  **WHEREAS,** the parties also agree that the briefing on class certification will
9  benefit from discovery, which cannot commence until after the Rule 26(f) conference;
10 **WHEREAS,** pursuant to the Court's procedures, the parties have agreed to meet
11 in person on July 27, 2009, to conduct the Rule 26(f) conference;
12 **IT IS HEREBY STIPULATED AND AGREED** by the parties, subject to the
13 Court's approval, as follows:
14   1.   The deadline for Plaintiff to file a motion for class certification may be
15 extended 90 days, through October 28, 2009;
16   2.   Prior to the filing of a class certification motion, the parties agree to meet
17 and confer on a briefing schedule and hearing date, which will be submitted to the Court
18 for approval.

DATED: July 17, 2009        Respectfully submitted,

**GIRARD GIBBS LLP**


By:  /s/ Eric H. Gibbs

Dylan Hughes
Geoffrey A. Munroe
601 California Street, 14th Floor
San Francisco, California  94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

1
STIPULATION TO EXTENSION OF TIME TO FILE FOR CLASS CERTIFICATION

| | |
|---|---|
| 1 | Melissa M. Harnett (State Bar No. 164309) |
| 2 | mharnett@wcclaw.com |
|   | Gregory B. Scarlett (State Bar No. 131486) |
| 3 | **WASSERMAN, COMDEN &** |
| 4 | **CASSELMAN, L.L.P.** |
|   | 5567 Reseda Boulevard, Suite 330 |
| 5 | Post Office Box 7033 |
| 6 | Tarzana, California 91357-7033 |
|   | Telephone:  (818) 705-6800 |
| 7 | Facsimile:  (818) 345-0162 |

*Attorneys for Individual and Representative Plaintiff Carlos Collado*

DATED:  July 17, 2009         Respectfully submitted,

**LOEB AND LOEB LLP**


By:   /s/ Michael L. Mallow

Mark D. Campbell
Darlene M. Cho
Paul E. Bennett, II
10100 Santa Monica Boulevard Suite 2200
Los Angeles, CA 90067
Telephone:  (310) 282-2287
Facsimile:  (310) 919-3883

*Attorneys for Defendant
Toyota Motor Sales, U.S.A., Inc.*

2
STIPULATION TO EXTENSION OF TIME TO FILE FOR CLASS CERTIFICATION