FILED
CLERK, U.S. DISTRICT COURT

JUL 27 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

*Denied — no good cause shown*
[signature] 7/27/09

1  Eric H. Gibbs (State Bar No. 178658)
2  ehg@girardgibbs.com
   Dylan Hughes (State Bar No. 209113)
3  Geoffrey A. Munroe (State Bar No. 228590)
4  **GIRARD GIBBS LLP**
   601 California Street, Suite 1400
5  San Francisco, California 94108
6  Telephone: (415) 981-4800
   Facsimile: (415) 981-4846
7

8  Melissa M. Harnett (State Bar No. 164309)
9  mharnett@wcclaw.com
   Gregory B. Scarlett (State Bar No. 131486)
10 **WASSERMAN, COMDEN & CASSELMAN, L.L.P.**
11 5567 Reseda Boulevard, Suite 330
   Post Office Box 7033
12 Tarzana, California 91357-7033
13 Telephone: (818) 705-6800
   Facsimile: (818) 345-0162
14

15 Attorney for Individual and Representative
16 Plaintiff Carlos Collado

17                    UNITED STATES DISTRICT COURT
18                   CENTRAL DISTRICT OF CALIFORNIA

19 | | |
20 | CARLOS COLLADO, on behalf of himself and all others similarly situated, ) | Case No. 2:09-cv-03087-R-RC |
21 | ) | **CLASS ACTION** |
22 | Plaintiff, ) | |
23 | v. ) | [~~PROPOSED~~] ORDER DENYING EXTENDING CLASS CERTIFICATION DEADLINE |
24 | ) | |
25 | TOYOTA MOTOR SALES, U.S.A., INC., a California corporation, ) | |
26 | ) | |
27 | Defendant. ) | |
28 | ) | |

---

ORDER EXTENDING CLASS CERTIFICATION DEADLINE

The Court having considered the parties' stipulation to an extension of time, and good cause appearing, IT IS HEREBY ORDERED:

1. The deadline for Plaintiff to file a motion for class certification is hereby extended from July 30, 2009, to October 28, 2009.

**DENIED**

DATED: _____     _____
Hon. Manuel L. Real
United States District Court Judge

ORDER EXTENDING CLASS CERTIFICATION DEADLINE